TERESA A. CUNNINGHAM (S.B.#136013)
GAW, VAN MALE, SMITH, MYERS & MIROGLIO
A Professional Law Corporation
1000 Main Street, 3rd Floor
Napa, California 94559
(707) 252-9000
Fax: (707) 252-8721
E-mail: tcunningham@gawvanmale.com

Attorneys for Defendant,
HOSPICE OF NAPA VALLEY, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA McDANIELS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOSPICE OF NAPA VALLEY, a corporation; and DOES 1-50,<br><br>　　　　Defendants. | Case No. C-06-2558-CW<br><br>STIPULATION TO EXTEND DEADLINE TO COMPLY WITH COURT ORDERED MEDIATION AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective attorneys of record, that the deadline to conduct the mediation shall be extended beyond the current deadline of December 7, 2006.

　　　　IT IS HEREBY FURTHER STIPULATED AND AGREED that the deadline to conduct the mediation shall be extended by ninety (90) days.

DATED: November 17, 2006

　　　　　　　　　　　　　　　　LAW OFFICES OF WAUKEEN Q. McCOY

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　WAUKEEN Q. McCOY
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, CYNTHIA McDANIELS

[Signatures continued on page 2.]

DATED: November 17, 2006

GAW, VAN MALE, SMITH, MYERS & MIROGLIO

By _____
TERESA A. CUNNINGHAM
Attorneys for Defendant, HOSPICE OF NAPA VALLEY

### ORDER

The Court having read and considered the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the deadline to conduct mediation in this matter is extended to ____March 7____, 2007.

DATED: ~~11/28/06~~

_____
JUDGE OF THE UNITED STATES DISTRICT COURT